**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JESSAMYN TROCIO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 09 cv 4482** |
| **v.** | ) | **Magistrate Judge Soat Brown** |
| | ) | |
| **STELLAR RECOVERY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action be dismissed without costs to either party in anticipation that all costs shall be paid and all matters in controversy for which said action was brought shall be fully settled, compromised and adjourned.

2.  The parties respectfully request that the dismissal of the above captioned matter be *without* prejudice, without costs to either party, and with leave for any party to seek reinstatement within forty-five (45) days from the date of entry of this Stipulation to Dismiss.

3.  The parties further request that if this case has not been reinstated within forty-five (45) days from the date of entry of this Stipulation, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

4.      The parties further request that the status set for October 27, 2009 at 9:00 a.m. be

stricken.


**For Plaintiff, Jassamyn Trocio**              **For Defendant, Stellar Recovery, Inc.**

  /s David M. Marco                               s/ J. Michael True
Larry P. Smith & Associates, Ltd.              Messer & Stilp, Ltd.


Date: October 22, 2009


LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for: Plaintiff
205 N. Michigan Ave., 40th floor
Chicago, Illinois 60601
(312) 222-9028 (x812)
(888) 418-1277 (FAX)
dmarco@smithlaw.us


Messer & Stilp, Ltd.
Attorney for: Defendant
166 West Washington Street, Suite 300
Chicago IL 60602
(312) 334-3444
(312) 334-3434 (FAX)
true@messerstilp.com